IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORI ANN SHELTON | ) |
| | ) |
| v. | ) NO. 3-14-2335 |
| | ) JUDGE CAMPBELL |
| BANK OF AMERICA, N.A. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 38), Objections filed by the Plaintiff (Docket No. 42), and a Response filed by the Defendant (Docket No. 45).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Plaintiff's Objections do not show that the decisions of the Magistrate Judge were incorrect. Despite her alleged unfortunate, even tragic, circumstances, Plaintiff has failed to set forth claims upon which relief may be granted in this action.

Accordingly, Defendant's Motion to Dismiss (Docket No. 27) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE